UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| RICHARD GIDDINGS, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>CBIZ BENEFITS & INSURANCE SERVICES, INC.,<br><br>    Defendant. | Case No.: 1:24-cv-01722-DCN |
| CHANELLE ZIMMERMAN, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>CBIZ BENEFITS & INSURANCE SERVICES, INC.,<br><br>    Defendant. | Case No.: 1:24-cv-01727-DCN |
| TINA FASANO, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>CBIZ BENEFITS & INSURANCE SERVICES, INC.,<br><br>    Defendant. | Case No.: 1:24-cv-01750-SO |

## ORDER ON UNOPPOSED MOTION TO CONSOLIDATE

Before the Court is the Plaintiffs' Unopposed Joint Motion to Consolidate three cases presently pending before this Court: *Giddings v. CBIZ Benefits & Insurance Services, Inc.*, No. 1:24-cv-01722-DCN (N.D. Ohio), *Zimmerman v. CBIZ Benefits & Insurance Services, Inc.*, No.

1:24-cv-01727-DCN (N.D. Ohio), and *Fasano v. CBIZ Benefits & Insurance Services, Inc.*, No. 1:24-cv-01750-DCN (N.D. Ohio), pursuant to Federal Rule of Civil Procedure 42(a). The Court finds that consolidation is appropriate. The three actions involve common questions of law and fact, and consolidation will avoid unnecessary costs, resources, and delay. Further, consolidation will eliminate the possibility of inconsistent adjudications.

For good cause shown, the Court orders the *Giddings*, *Zimmerman*, and *Fasano* cases consolidated. All future filings should be made under the first-filed case number in *Giddings*—Case No. 1:24-cv-01722-DCN and under the new caption "*In re CBIZ Data Breach Litigation*".

Plaintiffs shall file a Consolidated Amended Complaint within 30 days after the date of this Order. Defendant's response to the Consolidated Amended Complaint shall be due 45 days after the Plaintiffs file their Consolidated Amended Complaint. To the extent Defendant files a motion to dismiss all or part of Plaintiffs' Consolidated Amended Complaint, Plaintiffs shall have 30 days to file any opposition to the motion to dismiss and Defendant shall have 21 days to file any reply brief.

**IT IS SO ORDERED.**

_December 9, 2024_
Date

_Donald C. Nugent_
Judge Donald C. Nugent