UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re CBIZ Data Breach Litigation | ) | CASE NUMBER 1: 24 CV 1722 |
| | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| | ) | |
| | ) | ORDER |

Pursuant to the Joint Stipulation of the Parties (ECF #24), the class discovery cutoff, excluding expert depositions, is June 12, 2026. A status conference is set for June 15, 2026 at 9:00 a.m. to be held telephonically. All further class certification dates will be set at that time. Counsel are instructed to first initiate a call with all parties connected and then contact the Court.

IT IS SO ORDERED.

_____
JUDGE DONALD C. NUGENT

Dated: October 14, 2025